Fill in this information to identify your case:

Debtor 1 __Stephen__ __Michael__ __Smith__
         First Name  Middle Name  Last Name

Debtor 2 __Myraim__ __ __ __Thales__
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: _Southern District of Texas

Case number _____
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>☑ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | | Cashier |
| Employer's name | | Walgreen Co |
| Employer's address | _____<br>Number  Street<br>_____<br>_____<br>City  State  ZIP Code | 200 Wilmot Road<br>Number  Street<br><br>Deerfield, IL 60015<br>City  State  ZIP Code |
| How long employed there? | | 1 month |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $_____ | $ 822.32 |
| 3. Estimate and list monthly overtime pay. | 3. +$_____ | +$ 0.00 |
| 4. Calculate gross income. Add line 2 + line 3. | 4. $_____ | $ 822.32 |

Official Form 106I                Schedule I: Your Income                page 1

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ............................................................ → 4. | $_____ | $ 822.32 |

5. List all payroll deductions:

| | | |
|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. $_____ | $ 114.29 |
| 5b. Mandatory contributions for retirement plans | 5b. $_____ | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. $_____ | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. $_____ | $ 0.00 |
| 5e. Insurance | 5e. $_____ | $ 0.00 |
| 5f. Domestic support obligations | 5f. $_____ | $ 0.00 |
| 5g. Union dues | 5g. $_____ | $ 0.00 |
| 5h. Other deductions. Specify: _____ | 5h. +$_____ | +$ 0.00 |
| _____ | $_____ | $ 0.00 |
| _____ | $_____ | $ 0.00 |
| _____ | $_____ | $ 0.00 |

6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6. $_____   $ 114.29
7. Calculate total monthly take-home pay. Subtract line 6 from line 4.   7. $_____   $ 708.02

8. List all other income regularly received:

   8a. Net income from rental property and from operating a business, profession, or farm
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a. $ 0.00   $ 0.00

   8b. Interest and dividends   8b. $ 0.00   $ 0.00

   8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c. $ 0.00   $ 0.00

   8d. Unemployment compensation   8d. $ 0.00   $ 0.00
   8e. Social Security   8e. $ 0.00   $ 0.00

   8f. Other government assistance that you regularly receive
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify: _____   8f. $ 0.00   $ 0.00

   8g. Pension or retirement income   8g. $ 0.00   $ 0.00
   8h. Other monthly income. Specify: _____   8h. +$ 0.00   +$ 0.00

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9. $ 0.00   $ 0.00

10. Calculate monthly income. Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10. $ 0.00 + $ 708.02 = $ 708.02

11. State all other regular contributions to the expenses that you list in Schedule J.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
    Specify: _____   11. +$ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies   12. $ 708.02
    Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    ☐ No.
    ☑ Yes. Explain: I am no longer employed. I was working for my father. However, I am actively searching for employment and expect to find a job soon.